IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES SCOTT                                                                                         PLAINTIFF

v.                                    Civil No. 4:14-CV-4111

OFFICER OSCAR RODRIQUEZ                                                           DEFENDANT

**ORDER**

      Before the Court is the Report and Recommendation filed June 4, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 6.  Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed pursuant to 28 U.S.C. § 19159(e)(2)(B)(i)-(iii) and 1915(a).  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto.*  Accordingly, Plaintiff's Complaint is DISMISSED.  The dismissal of this case constitutes a strike under 28 U.S.C. § 1915(g).  The Clerk is directed to place a strike flag on the case.

      **IT IS SO ORDERED**, this 2nd day of July, 2015.

    /s/ Susan O. Hickey
    Susan O. Hickey
    United States District Judge